**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 99-7251**

ROBERT ALLISON BRUCE,

Petitioner - Appellant,

versus

RONALD ANGELONE,

Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Jerome B. Friedman, District Judge. (CA-98-1426-2)

Submitted: May 31, 2000              Decided: October 17, 2000

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Robert Allison Bruce, Appellant Pro Se. Michael Thomas Judge, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Allison Bruce seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Bruce v. Angelone, No. CA-98-1426-2 (E.D. Va. Aug. 19, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the district court relied upon Green v. French, 143 F.3d 865 (4th Cir. 1998), cert. denied, 523 U.S. 1090 (1999), the denial of relief under 28 U.S.C.A. § 2254 was still correct under the standards announced in Williams v. Taylor, ___ U.S. ___, 120 S. Ct. 1495, 1523 (2000).